**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**ALVIN RILEY**                                                                         **PLAINTIFF**

**v.**                             **CASE NO. 4:20-cv-01012-BSM**

**VILONIA SCHOOL DISTRICT,** *et al.*                                   **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 2nd day of September, 2022.

_____
UNITED STATES DISTRICT JUDGE